JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRINT EARL CLARK, | Case No. 5:21-cv-00406-MCS-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FLORES, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: July 28, 2023.

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE